**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TARIQ ANSAR JAHAD, | ) | No. CV 07-3135-DOC(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| ROBERT J. HERNANDEZ (Warden), | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto.[1] The court has made a <u>de novo</u> determination as to those portions of the Report and Recommendation to which objection has been made.

---

[1] Petitioner's "Notice of Filing of Appeal of Magistrate Judge's Report and Recommendation" was filed on March 11, 2011. [Docket no. 26.] This "Notice" states: "You are hereby notified that the Plaintiff's Appeal of the Magistrate Judge's Report and Recommendation has been filed on 3-9-11. All statements of objection with points and authorities in support thereof appear in Plaintiff's habeas." The court has construed this "Notice" as both (1) objections to the Report and Recommendation, and (2) a premature notice of appeal. [<u>See</u> minute order issued March 16, 2011.]

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: March 29, 2011

_____
DAVID O. CARTER
United States District Judge