**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARIQ ANSAR JAHAD, | No. CV 07-3135-DOC(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT J. HERNANDEZ (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 29, 2011

*/s/ David O. Carter*

_____
DAVID O. CARTER
United States District Judge